UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.), et al.,<br><br>    Defendant.<br>_____<br><br>PARSONS BEHLE & LATIMER, PLC,<br><br>    Plaintiff-in-Intervention,<br><br>    v.<br><br>GENERAL CHARES E. "CHUCK" YEATER (RET.),<br><br>    Defendant-in-Intervention. | No. 2:13-CV-0007-KJM-DAD |
| GENERAL CHARES E. "CHUCK" YEATER (RET.), et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>PARSONS BEHLE & LATIMER, PLC, et al.,<br><br>    Defendants | No. 2:14-cv-02544-JAM-CKD<br><br>RELATED CASE ORDER |

1

1	Examination of the above-captioned actions reveals that they are related within the
2	meaning of Local Rule 123(a).  Here, both actions involve General Charles E. "Chuck" Yeager
3	and Parsons, Behle, and Latimer, PLC and its attorneys.  In Case No. 2:13-CV-0007-KJM-DAD,
4	Plaintiff-in-Intervention Parsons Behle seeks to recover attorneys' fees it alleges were incurred
5	and unpaid in that action, and in Case No. 2:14-cv-02544-JAM-CKD, Yeager seeks damages for
6	professional negligence, legal malpractice, and related claims arising out of the same
7	representation.  Therefore, "both actions involve the same parties and are based on the same or a
8	similar claim;" "both actions involve the same property, transaction, or event;" and were different
9	Judges or Magistrate Judges to hear these cases, "it would entail substantial duplication of labor."
10	Local Rule 123(a).  Accordingly, the assignment of these matters to the same judge is likely to
11	effect a substantial savings of judicial effort and is likely to be convenient for the parties.
12	The parties should be aware that relating cases under Rule 123 causes the actions
13	to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
14	cases are generally assigned to the judge and magistrate judge to whom the first filed action was
15	assigned.
16	As a result, it is hereby ORDERED that 2:14-cv-02544-JAM-CKD is reassigned
17	from District Judge John A. Mendez to the undersigned and from Magistrate Judge Carolyn K.
18	Delaney to Magistrate Judge Dale A. Drozd.  Henceforth, the caption on documents filed in the
19	reassigned case shall be shown as: 2:14-cv-02544-KJM-DAD.
20	It is further ORDERED that the Clerk of the Court make appropriate adjustment in
21	the assignment of civil cases to compensate for this reassignment.
22	IT IS SO ORDERED.
23	DATED: November 4, 2014.
24
25	_____
	UNITED STATES DISTRICT JUDGE
26
27
28