General Charles E. Yeager, (Ret.)
POBox 1146
Grass Valley, California 95945
editor@chuckyeager.com

Victoria Yeager
P.O. Box 1507
Penn Valley, CA 95946
editor@chuckyeager.com
Office: (530) 432-7063
In Pro Se

FILED

JAN 27 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| GENERAL CHARLES E. YEAGER, (RET.), an individual; VICTORIA YEAGER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARSONS BEHLE & LATIMER, a Limited Liability Law Partnership; JOHN ZARIAN, an individual; ZARIAN MIDGELY, a Limited Liability Law Partnership; KENNEDY LUVAI, an individual; and DOES 4 - 100, Inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-02544-JAM-CKD<br><br>*The Honorable Kimberly J. Mueller; Courtroom 3*<br><br>Sacramento County Superior Court of California Case No: 34-2014-00169670-CU-PN-GDS<br><br>**DECLARATION IN SUPPORT OF MOTION TO FILE ELECTRONICALLY**<br><br>Trial Date (not set) |

I, Victoria Yeager, declare:

1. I am one of the Plaintiffs.

2. I do much of the paperwork for General Yeager, the other plaintiff.

3. I believe I can handle properly filing electronically for both plaintiffs.

3

   4. Plaintiffs live 25-40 minutes from the post offices so retrieving mail and posting mail re deadlines is challenging

   5. If we are not given permission to file electronically then we are prejudiced in that effectively we have to overnight mail all filings at least two days ahead of time to make sure it arrives on time. Thus giving us at least two days less time to complete and adding to the expense.

   6. Further, if we are traveling or sick, there is no one to pick up our mail so we may not receive notices in a timely fashion.

Respectfully submitted:

Dated: January 24, 2015

By: _____V - S Yeager_____
        Victoria Yeager

_____Charles E. Yeager_____

       c. GCYI

General Charles E. Yeager, (Ret.)
POBox 1146
Grass Valley, California 95945
editor@chuckyeager.com

Victoria Yeager
P.O. Box 1507
Penn Valley, CA 95946
editor@chuckyeager.com
Office:          (530) 432-7063

In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| GENERAL CHARLES E. YEAGER, (RET.), an individual; VICTORIA YEAGER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARSONS BEHLE & LATIMER, a Limited Liability Law Partnership; JOHN ZARIAN, an individual; ZARIAN MIDGELY, a Limited Liability Law Partnership; KENNEDY LUVAI, an individual; and DOES 4 - 100, Inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-02544-JAM-CKD<br><br>*The Honorable Kimberly J. Mueller; Courtroom 3*<br><br>Sacramento County Superior Court of California Case No: 34-2014-00169670-CU-PN-GDS<br><br>**PROOF OF SERVICE**<br><br>Trial Date (not set) |

PROOF OF SERVICE BY MAIL

On January 26. 2015 , I served the documents described as:

---
PROOF OF SERVICE MOTION TO FILE ELECTRONICALLY
Case No. 2:14-cv-02544 KJM DAD
1

1. Motion to File Electronically

2. Declaration in Support of Motion to File Electronically

3. Proof of Service

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Nevada City, CA, addressed to:

John Zarian
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Kennedy Luvai
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Zarian Midgely
c/o Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/26/15___ at ___Nevada City CA___.

_/s/ Carol Foran_

---

PROOF OF SERVICE MOTION TO FILE ELECTRONICALLY
Case No. 2:14-cv-02544 KJM DAD
2