UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.), et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0007-KJM-DAD |
| CHARLES E. YEAGER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PARSONS BEHLE & LATIMER, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-02544-KJM-CKD<br><br>ORDER |

On January 21, 2016, the court held a status conference in the two cases captioned above. *See* Minutes No. 13-0007, ECF No. 235; Minutes, No. 14-2544, ECF No. 53. General Yeager appeared with Guardian ad Litem James Houpt. Victoria Yeager appeared pro se. John Zarian appeared on behalf of Parsons Behle & Latimer. Don Lesser appeared by telephone on

1

behalf of the Lesser Law Group.  After considering the discussion at the status conference, the court orders as follows:

   (1) The court anticipates Mr. Houpt will prepare and file a report as described in the court's previous order within approximately thirty days.  *See* Order Dec. 28, 2015, No. 13-0007, ECF No. 227.  Upon the filing of his report, any party in Case No. 13-0007 may file objections within thirty days.  A further status conference in both Case No. 13-0007 and Case No. 14-2544 will then be set approximately thirty days from the date objections are due.

   (2) Mr. Houpt is APPOINTED guardian ad litem for General Yeager in Case No. 2:14-cv-02544-KJM-CKD, without objection.  That case remains STAYED in its entirety pending further order of this court.  The court anticipates Mr. Houpt will not assume an active role in Case No. 14-2544 until his report in Case No. 13-0007 is prepared and addressed as described in this order, although he may consider the posture of the 2014 case and documents filed therein in preparing his report.

   (3) At the January 21, 2016 status conference, Mr. Houpt requested copies of documents discussed in the evidentiary hearing held on March 24, 2015.  On review of the docket, these documents include both (*i*) documents admitted and marked as Exhibits A and B in that hearing, *see* Exhibit List, ECF No. 167-1; and (*ii*) documents marked as Exhibits C, D and E, but not admitted at the hearing.  By previous order, the court determined the document marked as Exhibit A was not protected by attorney-client privilege with respect to either Case No. 13-0007 or Case No. 14-2544.  *See* Order March 31, 2015, No. 13-0007, ECF No. 170.  Upon review of the file, the court concludes the same is true of Exhibit B.  Exhibits A and B are therefore filed concurrently with this order.  As noted, the documents marked as Exhibits C, D and E, were not admitted at the evidentiary hearing, and it is unclear whether General Yeager or Victoria Yeager have waived any privilege that may attach to those documents.[1]  The court clerk will therefore be directed to forward by e-mail electronic copies of these three documents to General Yeager, Mr. Houpt, Mrs. Yeager, and counsel for Parsons Behle & Latimer upon the filing of this order.

---

[1] To be clear, the court here makes no determination regarding privilege.

1         IT IS SO ORDERED.

2   DATED: January 22, 2016.

                                    UNITED STATES DISTRICT JUDGE

3