UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PARSONS BEHLE & LATIMER, et al.,<br><br>Defendants. | No.  2:14-cv-2544-KJM-CKD<br><br>ORDER |

Victoria Yeager, who proceeds without separate representation in this action, moves for leave to file electronically under Local Rule 183(c). ECF No. 57. This case is currently stayed in its entirety. Order Jan. 25, 2016, at 2, ECF No. 54. Mrs. Yeager's request is therefore DENIED without prejudice to renewal after the stay is lifted.

IT IS SO ORDERED.

DATED: July 7, 2016

_____
UNITED STATES DISTRICT JUDGE

1