UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. YEAGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PARSONS BEHLE & LATIMER, et al.,<br><br>Defendants. | Case No. 2:14-cv-02544-KJM-DB<br><br><br>ORDER |

In the parties' joint statement, Mrs. Yeager requested that James Houpt, who formerly served as General Yeager's guardian ad litem in the related case, 2:13-cv-00007-KJM-DB, "be formally appointed in this case and be allowed to attend the settlement conference." ECF No. 66 at 2. Mr. Houpt has agreed to attend the April 23, 2019 settlement conference and the court appoints him only for the limited purpose of assisting General Yeager at that conference through Mrs. Yeager, who stands in General Yeager's shoes as of the court's March 12, 2019 order. *See* ECF No. 68 at 3. To be clear, the court is not appointing Mr. Houpt to serve as guardian ad litem or obligating him to serve in any capacity beyond the settlement conference. Though he is not required to do so, Mr. Houpt may submit a settlement conference statement, as outlined in the court's recent order. *See id.* at 3-4. Mr. Houpt's limited purpose appointment does not relieve Mrs. Yeager of her obligation to submit a settlement conference statement.

The court DIRECTS the Clerk of the Court to serve a courtesy copy of this order as well as the order at ECF No. 68 on Mr. Houpt.

1

IT IS SO ORDERED.

DATED: March 14, 2019.

_____
UNITED STATES DISTRICT JUDGE